William Edward Nolan, a Minor, etc., Appellant, v. William M. Barrett, President of the Adams Express Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

George S. Hayes, Appellant, v. American Bridge Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Judicial Settlement of the Account of Louis Lese, Administrator, etc., of David Lese, also Known as David Liss, Deceased, Appellant. Nathan Lese, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles J. Duveen and Another, Doing Business under the Name and Style of Charles of London, Appellants, v. W. & J. Sloane, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Duncan L. Clinch, Appellant, v. New York and Queens County Railway Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Henry W. Munroe and Others, Respondents, v. Compagnie Francaise de Navigation à Vapeur de Cyprien Fabre et Compagnie, Appellant. (Appeal No. 1.) Henry W. Munroe and Others, Respondents, v. Compagnie Francaise de Navigation à Vapeur de Cyprien Fabre et Compagnie, Appellant. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Cramp & Company, Respondent, v. Massachusetts Bonding and Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Interstate Chemical Corporation and Others, Respondents, v. James B. Duke, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles W. Gillett, Appellant, v. Briscoe & Dock Engineering Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs, on the ground that the bill of particulars served pending the motion is sufficient. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Louisa Schwartz, Appellant, v. Jacob Schwartz, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted as stated in order. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.